**SOUTHERN PACIFIC CO. v. LOCKE,**
**Deputy Commissioner.**

District Court, S. D. New York.
Jan. 4, 1932.

Tompkins & Dee, of New York City, for plaintiff.

George Z. Medalie, U. S. Atty., and Maurice De Koven, Asst. U. S. Atty., both of New York City, for defendant.

COXE, District Judge.

■ The deceased was an "employee" as defined in the Longshoremen's and Harbor Workers' Compensation Act (33 USCA §§ 901–950). He was regularly employed, classified, and paid as a longshoreman, and compensation is not to be denied because, at the time of his death, he was temporarily performing some incidental service other than that ordinarily performed by a longshoreman. I think any other ruling would make the administration of the act practically unworkable. I am clear, also, that liability for compensation excludes liability under the Jones Act (section 33 [46 USCA § 688]), and the employer, therefore, cannot be called on to meet other claims by the widow.

There may be judgment for the defendant, with costs.